IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALTERNATIVES RESEARCH AND DEVELOPMENT FOUNDATION | : : : | CIVIL ACTION |
| v. | : : | |
| TOM VILSACK, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL. | : : : : | NO. 15-6408 |

## ORDER

**AND NOW**, this 30th day of March, 2017, upon consideration of the Defendants' Motion to Dismiss (Docket No. 8), and all documents filed in connection therewith, and after oral argument on the Motion on March 3, 2017, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss is **GRANTED** insofar as it seeks dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

2. Plaintiff's Complaint is **DISMISSED** for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to **CLOSE** this civil action.

BY THE COURT:

_____
John R. Padova, J.